PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

United States Courts
Southern District of Texas
FILED
MAY 25 2022
Nathan Ochsner, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
## _____ DIVISION

Michael Jordan Bevill  SPN 02047126
Plaintiff's Name and ID Number

Harris county Jail 1200
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

Harris county Jail
Defendant's Name and Address

1200 Baker ST
Defendant's Name and Address

Houston TX 77002
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

II. PLACE OF PRESENT CONFINEMENT: Harris County Jail 1200 Baker st

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Michael Jordan Bevill SPN 02047126 MSID 2369 Navil badg II 79 combat Vetran club ext·ion 119 9618 montgomery LN Laporte TX 77571

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: DR Karim Kameelah RR 1200 Baker st houston TX 77002 2ND Floor Dr
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
MIS Dignosing Patint Forcing meds knowing There is a git h&B CIA Chip

Defendant #2: M Girlin 1200 baker infermery 1200 baker st houston tx 77002
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
March 10 2022 Cut finger Forcing a Shot that was not court orderd

Defendant #3: OJO
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
//

Defendant #4: Jason Cox Judge Harris county 1200 Franklin st Houston TX 77002.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
wrong court Room For commitment & court orderd meds, wrong dose

Defendant #5: D'antone From Infermery cop. 1200 baker st Houston TX 77002
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Loged Me in under a bench warrent & Picked up a old charge That was dismissed

3

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Giving me a shot without a court order May 10 330am around M.Garcia, OJO, 2 others in infermary Dr Kameelah rt Misdignosed me look at HCC East Texas medical center did not force 2 low dose meds — Jason cox — Not being the right court for court order. Court 448 is mental helth This is the 2nd Time they did this and dropd my case Please start Something over This issue They filled Doctor Tim Bray over saying competency Restorapotion for state hosports hcpc is not a state hospitle

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Stop the cops & county from lieing Saying I have Psyc problems I do not have.

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

~~F174~~ harris county SPN 02047126

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division): _____
 2. Case number: _____
 3. Approximate date sanctions were imposed: _____
 4. Have the sanctions been lifted or otherwise satisfied?       ___ YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date warning was issued:_____

Executed on: _____
                DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __5-14-22__ day of __05__, 20 __22__.
            (Day)              (month)           (year)

_Wm. C. Jordan Burrill_
_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Michael J Bevill
SPN 02047120   Cell LK2-N
Street 1200 baker ST
HOUSTON, TEXAS 77002



**INDIGENT**



US District court House
515 Rusk St
Houston TX 77002

United States Courts
Southern District of Texas
FILED

MAY 25 2022

Nathan Ochsner, Clerk of Court